IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| UNITED STATES OF AMERICA | ) | CR: |
|---|---|---|
| | ) | |
| v. | ) | VIOLATION: |
| | ) | 8 U.S.C. §1326 |
| EDUARDO MIGUEL-LOPEZ | ) | Illegal Re-entry After |
| | ) | Removal/Deportation |

COUNT ONE
8 U.S.C. §1326(a)(2)&(b)(1)
(Illegal Re-entry After Removal/Deportation)

**THE GRAND JURY CHARGES THAT**:

On or about August 26, 2017, in Brantley County, within the Southern District of Georgia, and elsewhere, the defendant,

**EDUARDO MIGUEL-LOPEZ,**

being an alien previously excluded, deported and removed from the United States, was knowingly and unlawfully present in the United States, having been found in Brantley County, Georgia, without first having obtained permission for reentry into the United States as required by law in violation of Title 8, United States Code, Section 1326(a)(2).

A TRUE BILL

_____
Foreman

1

_____  
R. Brian Tanner  
United States Attorney

_____  
Brian T. Rafferty  
Chief, Criminal Division

_____  
Jennifer J. Kirkland*  
Assistant United States Attorney

**\*Lead counsel**